

**FILED**

**IN THE UNITED STATES DISTRICT COURT FOR**

**THE WESTERN DISTRICT OF OKLAHOMA**

NOV 1 6 2020

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| **Robert Joe Strange** *Pro.Se.* | ) |
| **Plaintiff,** | ) **CIV 20 1155 J** |
| | ) |
| **vs.** | ) **Case No. _____** |
| **1) Kiowa Tribe of Oklahoma** | ) **To be supplied by Clerk** |
| **2) U.S. Treasury Dept.** | ) **Deliberate Indifference** |
| **3) Cares Act March 2020** | ) **Jury Trial Demanded** |
| **4) Neely Tsoodle tribal** | ) **Admissions: Tribal Offices** |
| **Information Officer** | ) **{PG5} Executive Branch** |
| **5) Kiowa Tribal Chairperson** | ) **www.KiowaTribe.org** |
| **6) Sheryl Padmey over covid 19** | ) |
| **Defendants, ET.AL.** | ) |

## "DENIAL OF CARES ACT TO INCARCERATED INDIANS"

### (1) JURISDICTION & VENUE

(1) This is a civil Action Authorized by *42 U.S.C. Sec.1983* to Redress the

Deprivation, under Color of State & Federal Laws of Rights Secured by the

Constitution of t he United States & Kiowa Tribe.

The Court has Jurisdiction under *28 U.S.C. Section 1331& 1334 (2x3).* Mr.

Strange, is a Kiowa Tribal Member, Roll No. KO5651. who seeks declaratory

Relief Pursuant to *28 U.S.C. Sec. 2201& 2202.* Mr. Strange Claims for

Injunction Relief Are Authorized by *28 U.S.C. Section 2283 & 2284* and Rule

69 of the Federal Rules of Civil Procedure.

(2) The Western District is, and was at all times Relevant as mentioned herein, a ward of the State of Oklahoma. In the custody of the Department of Corrections. Mr. Strange, ODOC# 580251 is currently Confined at James Crabtree Correctional Center, 216 North Murray Street, Helena, Oklahoma 73741-1017 (580) 852-3221

## (2)PLAINTIFF

(3) Mr. Strange, is and was at all times Relevant to Motioned items Herein, an Inmate of the State of Oklahoma, In the Custody an Inmate of the Oklahoma Department of Corrections. Mr. Strange, is currently confined in James Crabtree Correctional Center, 216 North Murray Street, Helena, Oklahoma 73741-1017 (580) 852-3221 Fax(580)852-3104 Deprived of the Cares Act March 2020 Economic Impact Payment to Incarcerated Indians.

## (3)DEFENDANTS

(4) Defendant(s) The Kiowa Tribe of Oklahoma who is in Control of cares act Economic Impact Payments To Incarcerated Indians. As of March 2020, as of October 14th, 2020 See *Scholl v. Mnuchin, No. 4:20-CV-5309-PJH (N.D. Cal) docket 20-16915 (9th Cir.)2020* ordered IRS to Stop Denying Payments to Incarcerated Indians. As of October 24-2020 to Reconsider Making advance Refund Payments to Indians. On October 15, 2020 the court further ordered

the IRS to take further actions, including Extending the Deadline to Register

for An Advance Payment on Paper as Nov. 4th 2020. THE TRIBE IS

INTRUSTED WITH MY AFFAIRS of Monetary Payouts From The U.S.

TREASURY (IRS CARES ACT 2020 MARCH). Kiowa's Applied For IRS

CARES MONEY: TRIBE Did Not Follow Guidelines Set Forth by & Per

U.S. Treasury Dept. & Cares Act. See: *Oct. 14th 2020 Federal Court Ruled*

*Scholl v. Mnuchin No.4:20-CV-5309-PJH (N.D. Cal.) No.20-16915 (9th Cir)*

*THE EXECUTIVE BRANCH.*

(5) THE TREASURY DEPT. OF U.S. ARE THE U.S. GOVERNMENT entity

who Provides MONEY TO NAM-ERA-VETERANS guidelines serving

Kiowa Tribal Members. Failure to enforce the guidelines set for by U.S.

TREASURY Department. Kansas City, Mo. & Washington D.C. KNOW

THAT AN INCARCERATED INMATE HAS NO USE FOR food vouchers

GIFT CARDS, UTILITY BILLS, HOUSE PAYMAENTS NOR SCHOOL

SUPPLIES, tablets, or internet services. CASH ON TRUST FUND ONLY:

Since March 2020 & Oct-14-2020 a Federal Court has ruled IRS case *Scholl*

*v. Mnuchin No. 4:20-CV-5309PJH (N.D.C.A.) Appeal Docketed No. 20-16915*

*(9th Cir).* On Octrober-15-2020 the court further ordered the IRS to take other

Actions such as extend deadline to Register For Advance Payments to

November 4th 2020. Notice 1444-D CARES ACT.

(6) Defendant #3 Cares Act COVID-19 Response Needs Assessment has failed to

Assist Incarcerated Kiowa Indians, who have no need for food vouchers, Gift

cards, Utility Assistance or Rent, house payments, school supplies, and

internet. At all times Relevant to this complaint held as given at money 9.5 million dollars emergency Federal Government U.S. Treasury Money.

(7) Defendant #4 Tribe's Information Officer McNeely Tsoodle: FAILED TO INCLUDE INCARCERATED Indians As ELIGIBLE for Assistance. Federal order October 15-2020 orders Assistance to Include INCARCERATED Indians, See *Scholl v. Mnuchin, No.4:20-CV-5309-PJH (N.D. Cal.)Appeal Docketed No. 20-16915 (9ᵗʰ Cir.)* She is legally Responsible for the OPERATIONS "EXECUTIVE BRANCH"

(8) Defendant #5 ELECTED TRIBAL CHAIRPERSON Komalty is Responsible For ALL TRIBAL MONIES! To be given by Sherly Palmer. Treasurer for Tribal Funds. All are sued Individually and in their Official Capacities under the color of federal and State laws. Of the U.S. Constitution and Oklahoma And Kiowa Tribe of Oklahoma Constitution.

(9) Defendant #6 Sheryl Palmer, Treasurer For Kiowa Tribe In Charge of Monies Such as U.S. Treasury Cares Act Money. She is at all Times Relevant: Is legally Responsible by guidelines: set by U.S. Treasury and Cares Act. FEDERAL COURT ORDER On October 15, 2020 *Scholl v. Mnuchin, No. 4:20-CV-5309-PJH (N.D. Cal) Appeal docketed No. 20-16915 (9ᵗʰ Cir. 1200.*Per Indians. REGISTERED TRIBAL Members Individually:

## (4)LEGAL CLAIMS

(10)   Mr. Strange Realleges And Incorporates by Reference Paragraphs 1-10.

(11)    The U.S. Treasury And Cares Act Allowed the Kiowa Tribe To Not

Follow Their Guidelines: Violated Mr. Strange Completed Application Not

Once But A Second and possible Third Time. Rules Set in Place By U.S.

Treasury Dept. See Notice 1444-d

## (5)**PRAYER FOR RELIEF**

Wherefore, Mr. Strange Respectfully Prays this Honorable Court Enter

Judgment Granting Mr. Strange:

(12)    A declaration: that the Acts And Omissions described Herein, Violated

Mr. Strange's Rights Under The Constitution of the United States and

Oklahoma and Kiowa as well.

(13)    A Preliminary and Permanent Instruction on Denying ALL defendants

Komalty, Palmer, Tsoodle, And ET.AL. Kiowa Tribal Members Involved In

Cares Act Handling the Payout: of COVID-19 Cares Act 2020 "EXECUTIVE

BRANCH" and Board Members Included.

(14)    Compensatory Damages In the Amount of $150,000 Against Each

Defendant Jointly And severally.

(15)    Punitive Damages In the Amount Against Each Defendant to what this

Court Finds Proper and Just.

(16)    A Jury T̶r̶i̶b̶e̶ Trial on ALL Issues Triable By Jury.

(17)    Mr. Strange's costs In This Suit Are Paid by Kiowa Tribe of Oklahoma.

(18)    Any Additional Relief this Court deems Just And Proper.

(19)   "Audit ALL Donated U.S. Treasury/Cares Act.

Dated 10-30-2020

Respectfully submitted,

Robert Joe Strange DOC#580251

JCCC4E 216 N. Murray Street

Helena, Ok 73741-9606

(580)852-3221

Fax (580)852-3104

## **VERIFICATION**

I have read the foregoing complaint and  hereby verify that the matters alleged

herein are true, except as to matters alleged on information and belief, and as

to those, I, believe them to be true. I, certify under penalty of perjury that the

foregoing is true and correct.

Executed at James Crabtree Correctional Center, Helena, Ok 73741-9606

Robert Joe Strange DOC#580251

JCCC4E 216 N. Murray Street

Helena, Ok 73741-9606